```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/17/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FELICIA A. KING,

                Plaintiff,

      -v-                                      25-cv-3706 (LJL)

UNUM GROUP, *et al.*,                    ORDER

                Defendants.
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      As stated at the July 17, 2025 initial pretrial conference, the parties will submit a letter to the Court by August 22, 2025, indicating whether they wish the case to be referred to a Magistrate Judge for settlement purposes. It is further ORDERED that a status conference by telephone is scheduled for September 29, 2025 at 2:00 PM. The parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts.

      SO ORDERED.

Dated: July 17, 2025
      New York, New York

                                                    LEWIS J. LIMAN
                                          United States District Judge