```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FELICIA A. KING,

              Plaintiff,

      -v-                                        25-cv-3706 (LJL)

UNUM GROUP, et al.,                          ORDER

              Defendants.
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court held a conference is this matter today, September 29, 2025. As indicated at the conference, the parties shall update the Court on the status of the case within thirty days of the date of this Order.

      A telephonic status conference is scheduled for October 31, 2025, at 2:00 PM. The parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts.

      SO ORDERED.

Dated: September 29, 2025
       New York, New York

                                                    LEWIS J. LIMAN
                                                  United States District Judge