UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
FELICIA A. KING,                                                    :
:
                        Plaintiff,                                  :
:                            25-cv-3706 (LJL)
        -v-                                                         :
:                                ORDER
UNUM GROUP CORP., et al.,                                           :
:
                        Defendants.                                 :
:
---------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_10/30/2025__

LEWIS J. LIMAN, United States District Judge:

        The Court has been informed that the parties have reached a settlement in principle in this

case.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and

without prejudice to restoring the action to the Court's calendar, provided the application to

restore the action is made within thirty (30) days of this Order.  Any application to reopen filed

after thirty (30) days from the date of this Order may be denied solely on that basis.  Any pending

motions are DISMISSED as moot, and all conferences and deadlines are CANCELED.

    SO ORDERED. Dated:

        October 30, 2025
        New York, New York                          _____
                                                            LEWIS J. LIMAN
                                                     United States District Judge